IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARIZONA DEPARTMENT OF ECONOMIC SECURITY, Plaintiff, | ) | No. 07-13C |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S FIRST UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including April 11, 2007, to file a response to the complaint. Defendant's response is currently due on March 12, 2007. This is defendant's first request for an enlargement for this purpose. Defendant has consulted with counsel for plaintiff and counsel for plaintiff has represented that plaintiff does not oppose this request for an enlargement of time.

Defendant seeks this enlargement because the parties have held preliminary discussions regarding settlement, and the defendant would like to continue to explore the possibility of settling this case before we file a response to plaintiff's complaint. An enlargement of 30 days within which to respond will allow us to continue to investigate thoroughly the possibilities for settlement, or, if need be, prepare a response to plaintiff's complaint.

For the foregoing reasons, we respectfully request that our motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

March 8, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March 2007, a copy of the foregoing "DEFENDANT'S FIRST UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle