# In the United States Court of Federal Claims

**No. 07-13C**
**(Filed: March 20, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
ARIZONA DEPARTMENT OF ECONOMIC SECURITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

On March 8, 2007, Defendant filed an unopposed motion for an enlargement of time of 30 days, to and including, **April 11, 2007**, within which to respond to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**