# In the United States Court of Federal Claims

**No. 07-13C**
**(Filed: April 5, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ARIZONA DEPARTMENT OF ECONOMIC SECURITY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On April 4, 2007, Defendant filed an unopposed motion for an enlargement of time of 30 days, to and including **May 11, 2007**, within which to respond to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**