IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARIZONA DEPARTMENT OF ECONOMIC SECURITY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-13C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S THIRD UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests a 31-day enlargement of time, to and including June 11, 2007, to file a response to the complaint. Defendant's response is currently due on May 11, 2007. This is defendant's third request for an enlargement for this purpose. Defendant has consulted with counsel for plaintiff and counsel for plaintiff has represented that plaintiff does not oppose this request for an enlargement of time.

Defendant seeks this enlargement because defendant received a written settlement offer from plaintiff on April 9, 2007. Counsel for defendant has been reviewing the settlement proposal presented by plaintiff and has been seeking to obtain authority to accept the settlement from the authorized representative of the Attorney General. Counsel for defendant has not obtained authority to accept the settlement offer at this time. An enlargement of 31 days within which to file our answer will enable counsel for defendant to either obtain authority to accept the settlement offer, or if such authority is denied, prepare a response to plaintiff's complaint.

For the foregoing reasons, we respectfully request that our motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

May 3, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May 2007, a copy of the foregoing "DEFENDANT'S THIRD UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle