# In the United States Court of Federal Claims

**No. 07-13C**
**(Filed: May 3, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**ARIZONA DEPARTMENT OF ECONOMIC SECURITY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On May 3, 2007, Defendant filed an unopposed motion for an enlargement of time of 31 days, to and including **June 11, 2007**, within which to respond to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**