# In the United States Court of Federal Claims

**No. 07-13C**
**(Filed: June 1, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **ARIZONA DEPARTMENT OF ECONOMIC SECURITY,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

A preliminary status conference has been scheduled for **August 7, 2007,** at **11:30 A.M.** . The Court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**