IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARIZONA DEPARTMENT OF ECONOMIC SECURITY, | ) | |
| Plaintiff, | ) | No. 07-13C |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR A STAY

Pursuant to RCFC 6 (b) and RCFC 1, defendant respectfully requests that the Court stay proceedings in this case to permit the parties to complete the settlement process. Defendant has consulted with counsel for plaintiff, and counsel for plaintiff has represented that plaintiff consents to this motion.

Defendant's answer in this case is currently due on or before June 11, 2007. However, defendant has obtained authority from an authorized representative of the Attorney General to accept a settlement proposal presented by plaintiff. The parties are currently in the process of drafting and negotiating a settlement agreement, and anticipate that they will enter into an agreement in the near future. Therefore, the parties intend to resolve this case by means of settlement rather than further litigation.

For these reasons, defendant respectfully requests that the Court grant this motion for a stay to permit the parties to complete the settlement process. Defendant respectfully proposes that the parties provide the Court with a joint status report within 30 days of the date that the Court enters an Order staying this case and every 45 days thereafter advising the Court of the

progress that the parties have made towards finalizing settlement of this case. Defendant also respectfully proposes that the parties advise the Court of the progress that they have made towards finalizing settlement at the telephonic status conference scheduled for August 7, 2007 at 11:30 a.m.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

June 5, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June 2007, a copy of the foregoing "DEFENDANT'S CONSENT MOTION FOR A STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle