# In the United States Court of Federal Claims

**No. 07-13C**
**(Filed: June 5, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**ARIZONA DEPARTMENT OF** *
**ECONOMIC SECURITY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING MOTION FOR STAY

---

On June 5, 2007, Defendant filed a consent motion for a stay of proceedings in this case to permit the parties to complete the settlement process. Defendant states that Plaintiff consents to this motion. Good cause having been shown, the motion is **GRANTED**. The parties shall file a joint status report on **July 5, 2007,** and every 45 days thereafter advising the Court of the progress of the parties towards finalizing settlement.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**