IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARIZONA DEPARTMENT OF ECONOMIC SECURITY, | ) | |
| Plaintiff, | ) | No. 07-13C |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order of June 5, 2007, the parties respectfully submit this Joint Status Report. The parties have negotiated and agreed to a settlement agreement, and defendant has received an executed copy of the settlement agreement from plaintiff. Defendant will return an executed copy of the settlement agreement to plaintiff and initiate the process of making payment to plaintiff.

The parties respectfully propose that they provide the Court with an additional joint status report advising the Court of their further progress by August 6, 2007, if the parties have not filed a stipulation of dismissal with prejudice prior to that date.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Robert Craig Salminen
ROBERT CRAIG SALMINEN
Office of the Arizona Attorney General
127 West Washington, CFP/CLA
Phoenix, AZ 85007
Tele: (602) 542-9238

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

July 5, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle