# In the United States Court of Federal Claims

**No. 07-13C**
**(Filed July 10, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ARIZONA DEPARTMENT OF ECONOMIC SECURITY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER

---

On July 5, 2007, the parties filed a joint status report stating that they have negotiated and agreed to a settlement agreement. The parties shall file a joint status report by **August 6, 2007**, advising the court of their further progress, if they have not filed a stipulation of dismissal by that date.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**