IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARIZONA DEPARTMENT OF ECONOMIC SECURITY, | ) | |
| Plaintiff, | ) | No. 07-13C |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order of July 10, 2007, the parties respectfully submit this Joint Status Report. The parties have entered into a settlement agreement, and defendant has made payment to plaintiff pursuant to the settlement agreement. The parties will file a joint stipulation of dismissal of this case with prejudice by August 9, 2007.

The parties respectfully request that, because they have entered into a settlement agreement and anticipate filing a joint stipulation of dismissal of this case with prejudice by August 9, 2007, the Court either cancel or postpone the telephonic status conference scheduled for August 7, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Robert C. Salminen
ROBERT CRAIG SALMINEN
Office of the Arizona Attorney General
127 West Washington, CFP/CLA
Phoenix, AZ 85007
Tele: (602) 542-9238

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Tara J. Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

August 2, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle