IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARIZONA DEPARTMENT OF ECONOMIC SECURITY, | ) | |
| Plaintiff, | ) | No. 07-13C |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Rules of the United States Court of Federal Claims, plaintiff, the Arizona Department of Economic Security, and defendant, the United States, hereby stipulate and agree to the dismissal of the above-captioned case with prejudice, consistent with and limited to the terms of the executed Settlement Agreement between the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Robert C. Salminen
ROBERT CRAIG SALMINEN
Office of the Arizona Attorney General
127 West Washington, CFP/CLA
Phoenix, AZ 85007
Tele: (602) 542-9238

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

August 13, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August 2007, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle